In the Matter of FREDERICK J. MIRR et al., Partners Doing Business under the Name of D & M GROCERY AND DELICATESSEN, Respondents, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.— Order reversed, with $20 costs and disbursements, and the petition dismissed on the ground that while the action of the State Liquor Authority in denying the petitioners' application for a license to sell beer at retail for off-premises consumption may, under the circumstances, have been harsh, it cannot be said that its action was arbitrary and without any substantial basis. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.; Glennon, J., dissents and votes to affirm. Settle order on notice.

■

MILTON ELEFANT, Respondent, v. MARIE K. JOHNSON, as Executrix of STUART M. JOHNSON, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

CARL NELSON, Respondent, v. BAY RIDGE OPERATING Co., INC., Defendant and Third-Party Plaintiff-Appellant. BUSH TERMINAL COMPANY, Third-Party Defendant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

JOHN J. DE LURY, as President of the NEW YORK JOINT BOARD OF SANITATION LOCALS, A. F. of L., et al., Respondents, v. STANLEY B. KRASOWSKI et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 823.]

■

In the Matter of TIMOTHY F. DINAN et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. In the Matter of HARRY R. SWEITZER et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

H. P. GREEP, Respondent, v. HAROLD B. McKELVEY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

LUPU ESTEIN, Respondent, v. IRVING JACKLIN et al., Doing Business under the Name of MERCHANT SUPPLIERS PAPER Co., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

IRVING WISSNER, Appellant, v. ABRAHAM MINTZ et al., Copartners Doing Business under the Name of A. & M. SPORTSWEAR, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.